AO 245D    (Rev 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

### District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WILLIAM SINCLAIR, JR. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

**FILED**

**SEP 1 4 2012**

Case No.  08-cr-00362-1

USM No. 29784-016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

SHAWN F. MOORE, FPD
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    sc #7    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Tested positive for cocaine while at a halfway house. | 06/20/2012 |
| 2 | Admitted cocaine use while at Hope Village. | 06/21/2012 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5112

Defendant's Year of Birth·    1981

City and State of Defendant's Residence:
LANDOVER, MARYLAND

09/06/2012
Date of Imposition of Judgment

_MMRoberts_
Signature of Judge

RICHARD W. ROBERTS          US District Judge
Name and Title of Judge

9-13-12
Date

AO 245D    (Rev  09/11) Judgment in a Criminal Case for Revocations
           Sheet 2–- Imprisonment

Judgment — Page    2    of     4

DEFENDANT: WILLIAM SINCLAIR, JR.
CASE NUMBER: 08-cr-00362-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
NOT APPLICABLE

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

     ☐   at   _____ ☐ a.m.   ☐ p.m.   on  _____ .

     ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on  _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____ to  _____

at  _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev 09/11) Judgment in a Criminal Case for Revocations
           Sheet 4— Probation

Judgment—Page ___3___ of ____4____

DEFENDANT: WILLIAM SINCLAIR, JR.
CASE NUMBER: 08-cr-00362-1

## PROBATION

The defendant is hereby sentenced to probation for a term of :

SIX (6) MONTHS WITH TWELVE (12) WEEKENDS OF INCARCERATION.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

   If this judgment imposes a fine or restitution, it is be a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D    (Rev 09/11) Judgment in a Criminal Case for Revocations
           Sheet 4A — Probation

Judgment—Page ___4___ of ___4___

DEFENDANT:  WILLIAM SINCLAIR, JR.
CASE NUMBER:  08-cr-00362-1

## ADDITIONAL PROBATION TERMS

YOU SHALL REPORT IMMEDIATELY IN PERSON TO THE PROBATION OFFICE IN THIS COURTHOUSE.  WHILE YOU ARE ON PROBATION, YOU SHALL COMPLY WITH THE STANDARD CONDITONS THAT HAVE BEEN ADOPTED BY THE PROBATION OFFICE.  YOU SHALL ALSO COMPLY WITH THE FOLLOWING SPECIAL CONDITIONS:

YOU SHALL COMPLY WITH THE RESTITUTION OBLIGATION IMPOSED ON APRIL 5, 2012.

YOU SHALL PARTICIPATE IN AND SUCCESSFULLY COMPLETE ANY DRUG TREATMENT PROGRAM IN WHICH THE PROBATION OFFICE IN ITS DISCRETION MAY DIRECT YOU TO ENROLL.

YOU HAVE THE RIGHT TO APPEAL THE SENTENCE I HAVE JUST IMPOSED.  IF YOU CHOOSE TO APPEAL, YOU MUST DO SO WITHIN 14 DAYS AFTER THE COURT HAS ENTERED THE JUDGMENT IN THIS CASE.  IF YOU CANNOT AFFORD THE COST OF AN APPEAL, YOU MAY REQUEST PERMISSION TO FILE AN APPEAL WITHOUT ANY COST TO YOU.